**Order entered December 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01463-CV

**CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH AND CREDIT SUISSE SECURITIES (USA) LLC, Appellants/Cross-Appellees**

**V.**

**CLAYMORE HOLDINGS, LLC, Appellee/Cross-Appellant**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07858-G**

## ORDER

Before the Court is appellee/cross-appellant's December 20, 2016 unopposed third motion for an extension of time to file appellee's brief, cross-appellees' brief, and reply briefs. We **GRANT t**he motion.

We **ORDER** appellee's and cross-appellees' briefs be filed by January 18, 2017.

We further **ORDER** the parties' reply briefs be filed by March 10, 2017. No further extensions will be granted absent extenuating circumstances.

/s/    CRAIG STODDART
        JUSTICE